UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:16-cr-25-SEB-MJD-10 |
| ) | |
| MICHAEL A. DOYLE, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On April 15, 2019 and April 30, 2019, the Court held an Initial Hearing and Final Revocation Hearing, respectively, on the Petition for Warrant or Summons for Offender Under Supervision filed on April 8, 2019 (Docket No. 482). Defendant Michael A. Doyle appeared in person with his appointed counsel Jonathan Ricketts. The government appeared by Brad Blackington, Assistant United States Attorney, via telephone. U.S. Probation appeared by Officer Shallon Alford.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Mr. Doyle of his rights and provided him with a copy of the petition.

2. Mr. Doyle waived his right to a preliminary hearing.

3. The parties advised the Court they had reached an agreement to resolve the allegations in the Petition but requested a continuance to finalize said agreement.

4. The Court set this matter for a Final Revocation Hearing on April 30, 2019 at 3:00 PM.

5. The parties appeared on April 30, 2019 for the Final Revocation Hearing.

6. After being placed under oath, Mr. Doyle admitted Violation 2. (Docket No. 482.)

7. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| **2** | **"You must refrain from any unlawful use of a controlled substance."** <br><br> **On April 2, 2019, Mr. Doyle admitted to Officer Logan Bensing with the Jeffersonville Police Department in Clark County, Indiana, that he had ingested heroin on that date.** |

8. The Government orally moved to withdraw Violation Number 1, and the same was GRANTED.

9. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is VI.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is up to 12 months' imprisonment.

10. The parties jointly recommended Mr. Doyle reside at a Residential Reentry Center until August 23, 2019. Thereafter, his term of supervised release should terminate.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant VIOLATED the conditions in the petition, that his supervised release should be MODIFIED to include the following additional condition of supervised release:

>**You shall reside in a residential reentry center until August 23, 2019. You shall abide by the rules and regulations of the facility. Upon release from the Residential Reentry Center, your term of Supervised Release will be terminated. You shall self-surrender to the Residential Reentry Center upon notification of your designation by U.S. Probation.**

Placement in a residential reentry center (RRC) will allow Mr. Doyle to benefit from job placement services, establish a stable release plan, facilitate a stable reentry into society, and focus on his drug counseling and rehabilitation.

In addition to the mandatory conditions of supervision, it is recommended the following conditions be re-imposed to assist the probation officer in supervising Mr. Doyle and to ensure the safety of the community.

>**You shall report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons. (Supervised Release cases only)**

>**You shall report to the probation officer in a manner and frequency directed by the court or probation officer.**

>**You shall permit a probation officer to visit you at a reasonable time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.**

>**You shall not knowingly leave the judicial district without the permission of the court or probation officer.**

>**You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.**

>**You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.**

>**You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in residence occupants, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.**

**You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.**

**You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.**

**You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.**

**You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.**

**As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement.**

**You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.**

Considering the nature and circumstances, a search condition would assist the probation office in attempts to monitor Mr. Doyle.

**You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary.**

**You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.**

Substance abuse treatment, testing, and abstinence conditions are recommended to detect illegal drug use and ensure Mr. Doyle is provided tools to prevent continued drug use.

**You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You shall pay some or all of the costs of such treatment, if financially able.**

**You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.**

**You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall pay some or all of the costs of testing, if financially able. You shall not attempt to obstruct or tamper with the testing methods.**

**You shall not use or possess alcohol.**

**You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.**

Mr. Doyle, through his counsel, acknowledged that he had read each of the above conditions and agreed to be bound by the same.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated:   5/2/2019

_____
VAN WILLIS
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation
United States Marshal