UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cr-00025-SEB-MJD |
| | ) | |
| MICHAEL A. DOYLE, | ) -10 | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Van Willis' Report and Recommendation that Michael Doyle's supervised release be MODIFIED, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a defendant's conditions of supervision include **You shall reside in a residential reentry center until August 23, 2019. You shall abide by the rules and regulations of the facility. Upon release from the Residential Reentry Center, your term of Supervised Release will be terminated. You shall self-surrender to the Residential Reentry Center upon notification of your designation by U.S. Probation.** In addition to the mandatory conditions of supervision, the conditions of supervised release as outlined in the Report and Recommendation shall be re-imposed.

**SO ORDERED.**

Date: 5/17/2019

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service